MR. MoodY WoodRow TanksleY
Name and Prisoner/Booking Number

Not ConFineTnTAiL PRisonAtAll (e.c.t.)
Place of Confinement

1071 SAntiAGo Avenue #3
Mailing Address

SAckRAmento, CALiFoRNiA. 95815
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

SEP 1 4 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MoodY Woodrow TanksleY ,
(Full Name of Plaintiff)    Plaintiff,

v. Center medical
the ELic A HeAlth
Dest All StaFF NuRses medical Doctors pA's.
Al. Et. (1) mS. DeBBie. (White femAle.)
(Full Name of Defendant)
(2) mR. HiAo (JoHN. Doe ) mD.
(3) mRS. ReBeccA. BettencouRt. CHW.
(4) mR. mAt (JoHN. Doe He #916/203.
76 96 SAckRAmento CALiF. Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:20 - CV 1 8 5 0 - ___ KJN PC**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
Demanding A JuRy TRAiL couRt.
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☒ Other: SAckRAmento CouNtY WoRkeR me
   ok

2. Institution/city where violation occurred 3701 "J" Street Suite #201(A) SAcRAme
Nto, CALiFoRNiA. 95816, DeFeNdANt mS. ReBeccA. BettencouRt He # 855)354-
2242 EX # 958

## B. DEFENDANTS

1. Name of first Defendant: *Ms. DeBBie (A Jane Doe)*. The first Defendant is employed as:
*3701 "J" street, 201(A)At Elica HealthCenter.* at *Sacramento CALiF. 95816.*
(Position and Title)       (Institution)

2. Name of second Defendant: *mR. tHao (MD. A JoHn Doe)* The second Defendant is employed as:
*3701 "J" street, 201(A) At Elica HealtH center* at *Sacramento, CALiF. 95816.*
(Position and Title)       (Institution)

3. Name of third Defendant: *mR. matf (A John Doe) CHW.* The third Defendant is employed as:
_____ at *Sacramento, CALiF.*
(Position and Title)       (Institution)

4. Name of fourth Defendant: *all otHers, staff Elica*. The fourth Defendant is employed as:
*HealtH centeR's staff, nuRses, PA, MD's* at *3701 "J" st#201(A) sacto CA.*
(Position and Title)       (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? *un/Ka* Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: *moody Woodrow Tankslgn* v. *HB. town yard* _____
   2. Court and case number: _____.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _____.

b. Second prior lawsuit:
   1. Parties: *moody Woodrow Tanksly* v. *Sacramento sHeriff Dept.*
   2. Court and case number: _____.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _____.

c. Third prior lawsuit:
   1. Parties: *moody Woodrow Tanksly* v. *Sacramento Police Dept.*
   2. Court and case number: _____.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *ELiCA HeALTH center staff, NuRses, mD's other Defendants Refuse PlaintiFF medical treatment.*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☒ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation tob
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: *medical CARE (ReFusAL.)*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*I the couRt PlaintiFF HereIn September 2020 At my Home Address In person with the Named Defendant MRS. ReBeccA. Better court At 6837 DemAke DRive, SacRAmento, CALiF, 95822 In person Set An medical Doctor Appointment For 9/8/2020 At 11:00 Am Had missed my 11:00 Am, medical Doctor Appointment same Date 9-8-2020 was Seff Another medical Doctor's Appointment By ms. ReBecca. Better court on 3701 J Street #201 (A)kbom Sacramenta CALiF. okn A 95816 FoR 3:40 pm, As Yes I the HereIn court plaintiFF Had went to my medical Appointment By A ul Ber texAs cAB that was sent By one of my HeALTH woRkeR mR. CHRistopHer. Baker te (PHone the) 867-3404 Sacramenta california to pick me, the court PlaintiFF up By cAR on 9-8/2020 Drop me oFF At 3701 J Street #201 (A) my medical Doctor's Appointment But ELiCA medical staff Named Defendants HereIn HAd ReFused Denied the HereIn PlaintiFF medical treatment on 9/8/2020 September 8th 2020 Sent AwAy without medical treatment No other medical Appointment Given to PlaintiFF By ELiCA HeALTH center At ALL.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

*PHysically my medical Blood clots In Legs was Never Resolved By ELiCA HeALTH center staff Defendants listed HereIn THis 42. USC. 1983" which cAn Be fatal to court PlaintiFF the Blood clots In Legs still Seeking medical to date 9-9-2020*

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? *tRy to Resolve medical By ELiCA staff 9-8-2020*    ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Claim I? *went to ELiCA center*    ☒ Yes    ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes    ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *the PlaintiFF See ReAd ABove.*

3

**CLAIM II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities     ☐ Mail        ☐ Access to the court    ☐ Medical care
    - ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion   ☐ Retaliation
    - ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?   ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

*BLANK-PAGE* #5

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities        ☐ Mail            ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion   ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                         ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?                ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?        ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking. *to Have ALL Defendants Arrested on Attempted murder of Plaintiff for the court to the Judge Elica Health center Defendants to Pay me ALL past present medical Bills personal Injurie pains Suffering to court Plaintiff Here Sum of Fifteen million Dollars Also Grant the Plaintiff Health protection, safety Both myself friends Family by medical Doctors, Nurses Polices Firemansect, or We go to court Trail.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/9/2020__
DATE

_____
SIGNATURE OF PLAINTIFF

*mr. mood. W. Tanksley (acting pro se)*

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

*10 71 Santiado Avenue #3*
*Sacramento CALF. 95815*

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.