UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>Plaintiff,<br><br>v.<br><br>ELICA HEALTH CENTER, et al.,<br><br>Defendants. | No. 2:20–cv–1850–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 6, 8) |

On October 7, 2020 the magistrate judge filed findings and recommendations (ECF No 6), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On October 13, 2020, plaintiff filed two documents which tangentially address plaintiff's case and the magistrate judge's findings and recommendations (ECF Nos. 7, 8); these have been considered by the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that:
2 | 1. The findings and recommendations (ECF No. 6) are ADOPTED IN FULL;
3 | 2. Plaintiff's complaint (ECF No. 1) is DISMISSED WITH PREJUDICE; and
4 | 3. The Clerk of the Court is directed to CLOSE this case.
5 | DATED: December 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE